UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT S D BERGEN,<br><br>                Plaintiff,<br><br>    v.<br><br>DSHS MAILROOM STAFF,<br><br>                Defendants. | CASE NO.  C11-5208RBL<br><br>ORDER TO SHOW CAUSE WHY THIS MATTER SHOULD NOT BE SUMMARILY DISMISSED |

      This 42 U.S.C. § 1983 action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4. Plaintiff was sent a letter outlining defects in his filings on March 21, 2011 (ECF No. 2).  The letter gave plaintiff until April 21, 2011, to correct the defects.  As of May 2, 2011, there has been no response.

      Plaintiff is now ordered to show cause why this action should not be summarily dismissed for failure to file an in forma pauperis application or pay the filing fee. A response to this order will be filed on or before **May 27, 2011**, or the court will recommend this action be dismissed.

ORDER - 1

1 | The clerk is directed to note the **May 27, 2011**, date on the court calendar.

2 | DATED this 2nd day of May, 2011.

```
                                        J. Richard Creatura
                                        United States Magistrate Judge
```

ORDER - 2