UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT S D BERGEN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DSHS MAILROOM STAFF,<br><br>　　　　　　Defendant. | CASE NO.  C11-05208 RBL<br><br>ORDER ADOPTING A REPORT AND RECOMMENDATION |

　　　The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, and the remaining record, does hereby find and ORDER:

　　　(1)　The Court adopts the Report and Recommendation;

　　　(2)　This action is **DISMISSED** and the case is closed for the reasons set forth in the Report and Recommendation.

　　　(3)　The Clerk is directed to send copies of this Order to plaintiff, and to the Hon. J. Richard Creatura.

　　　DATED this 19th day of May, 2011.

　　　　　　　　　　　　　　　　　　／s／ Ronald B. Leighton
　　　　　　　　　　　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER - 1