# United States District Court

WESTERN DISTRICT OF WASHINGTON

ROBERT S D BERGEN,

      v.

DSHS MAILROOM STAFF,

JUDGMENT IN A CIVIL CASE

CASE NO. C11-05208 RBL

____  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__X__  **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

 THE COURT HAS ORDERED THAT

  (1)   The Court adopts the Report and Recommendation; and

  (2)   This action is **DISMISSED** and the case is closed for the reasons set forth in the Report and Recommendation.

| | |
|---|---|
| May 20, 2011 | WILLIAM M. McCOOL |
| Date | Clerk |
| | |
| | *s / Mary Trent* |
| | Deputy Clerk |